UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

                                    Plaintiff,

                    v.

STEPHEN SINCLAIR, et al.,

                                    Defendants.

CASE NO. C19-01584

ORDER OF DISMISSAL

        This matter comes before the Court *sua sponte* upon review of the docket.  On December 12, 2019, the Court ordered Plaintiff to pay the $400 filing fee within 30 days.  Dkt. No. 8. Plaintiff has failed to do so and has filed nothing in this case in over 90 days.

        The Report and Recommendation in this case, adopted by the Court, recommended that this action be terminated if Plaintiff failed to file the above filing fee. Dkt. No. 8. Given all of the above, this case is hereby DISMISSED.

**IT IS SO ORDERED.**

        DATED this 5th day of May, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE